No. 92–5477. CADAVID v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5479. CEA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5481. BROOKS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 92–5482. ATOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5483. DUNBAR v. TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 92–5486. RODGERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5487. WABEKE v. MAATMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5492. FORERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5494. GILES-EL v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5495. GASKINS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–5496. SOWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5497. TAGHIPOUR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5498. STANFORD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5500. MOKOL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5504. COOPER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.